USDC SCAN INDEX SHEET










JAH    12/21/98    11:18
3:98-CR-02795   USA V. MARCELLUS
*17*
*CRMO.*

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HON. IRMA E. GONZALEZ          DEPUTY CLERK: L. FUCHIGAMI          REPORTER: EVA OEMICK

---

98CR2795-IEG     USA     vs     NICOLE LYNNE MARCELLUS          (B)

P/O REPORT AND SENTENCE          PATRICK HALL (RETND)
PLEA GUILTY

INFO 1 CT                         AUSA: DEBRA TORRES-REYES
18 USC 656
MISAPPL OF FUNDS
BY BANK EMPLOYEE
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

        DEFT MOT FOR DOWNWARD DEPARTURE - DENIED
        COMMITTED CUSTODY OF BUREAU OF PRISONS TIME SERVED
        SUPERVISED RELEASE 3 YEARS
        PENALTY ASSESSMENT $100.00
        NO FINE
        RESTITUTION $5,306.13 INTEREST WAIVED
         $2,800 TO WELLS FARGO BANK
         $2,506.13 TO BANK OF AMERICA
        BOND EXONERATED

DATE: 12-14-98

Deputy