USDC SCAN INDEX SHEET










```
LMH     8/7/00    15:18
3:98-CR-02795   USA V. MARCELLUS
*24*
*CRO.*
```



FILED
00 AUG -4 PM 2:21

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Irma E. Gonzlaez)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. CASE NO. 98-CR-2795-IEG |
| Plaintiff, | ORDER TO TERMINATE SUPERVISED RELEASE |
| vs. | |
| NICOLE LYNNE MARCELLUS, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, it is hereby Ordered that the supervised release of NICOLE LYNNE MARCELLUS is terminated as of the date of this Order.

Dated: 8/4/00

Honorable Irma E. Gonzalez
United States District Judge

98-CR-2795-IEG